| PROB 22 (Rev. 2/88) | United States Courts Southern District of Texas | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED *February 22, 2023* Nathan Ochsner, Clerk of Court | 5:13-CR-106(1)FB |
| | | DOCKET NUMBER *(Rec. Court)* 5:23-CR-188 |

**FILED FEB 17 2023**
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Lorena Rodriguez-Perez | WESTERN | SAN ANTONIO |
| | NAME OF SENTENCING JUDGE | |
| | Fred Biery | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 09-07-2021 | TO 01-20-2024 |

**OFFENSE**

Illegal Re-entry into the United States, in violation of 8 U.S.C. Sec. 1326(a) & (b)(1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Southern District of Texas</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 30, 2023
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

February 15, 2023
Effective Date

_____
Honorable Diana Saldaña
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
2013 FEB -6 PM 1:38
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL NO. SA13CR0106 FB |
| VS. | INDICTMENT |
| Lorena RODRIGUEZ-Perez, a/k/a Lorena Rodriguez, | [Vio: 8 USC § 1326(a) & (b)(1) Illegal Re-entry into the United States] |
| Defendant. | |

THE GRAND JURY CHARGES:

**COUNT ONE**
[8 U.S.C. § 1326(a) & (b)(1)]

That on or about January 3, 2013, in the Western District of Texas, Defendant,

Lorena RODRIGUEZ-Perez,
a/k/a Lorena Rodriguez,

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported, and removed therefrom on or about December 16, 2010, and that the Defendant had not received consent to reapply for admission from the Attorney General of the United States or the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557, in violation of Title 8, United States Code, Section 1326(a) & (b)(1).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
UNITED STATES ATTORNEY

BY: _____
CHRISTINA PLAYTON
Special Assistant U.S. Attorney

AO 245 B (Rev. 06/05)(W.D.TX.) - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Western District of Texas
### SAN ANTONIO DIVISION

Filed 4-29-14
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

UNITED STATES OF AMERICA

v.

Case Number    SA-13-CR-106(1)FB
USM Number    63053-280

LORENA RODRIGUEZ-PEREZ,
Aliases: Lorena Rodriguez; Lorena Perez; Lorena Perez-Rodriguez; Lorena N. Rodriguez

Defendant.

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, LORENA RODRIGUEZ-PEREZ, Aliases: Lorena Rodriguez; Lorena Perez; Lorena Perez-Rodriguez; Lorena N. Rodriguez, was represented by Molly Lizbeth Roth, Assistant Federal Public Defender.

The defendant pled guilty to Count(s) One of the Indictment on January 15, 2014. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count (s) |
|---|---|---|---|
| 8 USC 1326(a)&(b)(1) | Illegal Re-entry into the United States | January 3, 2013 | One |

As pronounced on April 16, 2014, the defendant is sentenced as provided in pages 2 through 7 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the ___29th___ day of April, 2014.

FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE

13

AO 245 B (Rev. 06/05)(W.D.TX.) - Imprisonment

Judgment--Page 2

Defendant: LORENA RODRIGUEZ-PEREZ, Aliases: Lorena Rodriguez; Lorena Perez; (see page 1)
Case Number: SA-13-CR-106(1)FB

**IMPRISONMENT**

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 15 months with credit for time served while in custody for this federal offense. Upon release from imprisonment, the defendant shall be released to the custody of the Immigration and Customs Enforcement (:ICE"), if there are no pending detainers as to this defendant.

    The defendant shall remain in custody pending service of sentence.

**RETURN**

    I have executed this Judgment as follows:

_____
_____
_____
_____

    Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

                                                             _____
                                                       United States Marshal

                                                By _____
                                                    Deputy Marshal

14

AO 245 B (Rev. 06/05)(W.D.TX.) - Supervised Release

Judgment--Page 3

Defendant: LORENA RODRIGUEZ-PEREZ, Aliases: Lorena Rodriguez; Lorena Perez; (see page 1)
Case Number: SA-13-CR-106(1)FB

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years.

While on supervised release, the defendant shall comply with the mandatory, standard and if applicable, the special conditions that have been adopted by this Court, and shall comply with the following additional conditions:

_X_   If the defendant is excluded, deported or removed upon release from imprisonment, the term of supervised release shall be non-reporting supervised release. The defendant shall not illegally reenter the United States. If the defendant lawfully reenters the United States during the term of supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office.

AO 245 B (Rev. 05/04)(W.D.TX.) - Supervised Release

Judgment--Page 4

Defendant: LORENA RODRIGUEZ-PEREZ, Aliases: Lorena Rodriguez; Lorena Perez; (see page 1)
Case Number: SA-13-CR-106(1)FB

## CONDITIONS OF SUPERVISION

**Mandatory Conditions:**

1) The defendant shall not commit another federal, state, or local crime during the term of supervision.

2) The defendant shall not unlawfully possess a controlled substance.

3) The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court) for use of a controlled substance, but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant.

4) In supervised release cases only, the defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

5) If convicted of a felony, the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6) The defendant shall cooperate in the collection of DNA as directed by the probation officer, if the collection of such a sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000 (42 U.S.C. § 14135a).

7) If convicted of a sexual offense and required to register under the Sex Offender and Registration Act, that the defendant comply with the requirements of the Act.

8) If convicted of a domestic violence crime as defined in 18 U.S.C. § 3561(b), the defendant shall participate in an approved program for domestic violence.

9) If the judgment imposes a fine or restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet of the judgment.

**Standard Conditions:**

1) The defendant shall not leave the judicial district without permission of the court or probation officer.

2) The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.

3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

4) The defendant shall support his or her dependents and meet other family obligations, and shall comply with the terms of any court order or order of an administrative process requiring payments by the defendant for the support and maintenance of a child or of a child and the parent with whom the child is living.

5) The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.

6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

9) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

10) The defendant shall permit a probation officer to visit him or her at any time, at home or elsewhere, and shall permit confiscation of any contraband observed in plain view of the probation officer.

11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

AO 245 B (Rev. 05/04)(W.D.TX.) - Supervised Release

Judgment--Page 5

Defendant: LORENA RODRIGUEZ-PEREZ, Aliases: Lorena Rodriguez; Lorena Perez; (see page 1)
Case Number: SA-13-CR-106(1)FB

12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

13) As directed by the probation officer, the defendant shall notify third parties of risks that my be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications, and to confirm the defendant's compliance with such notification requirement.

14) If convicted of a sex offense as described in the Sex Offender Registration and Notification Act or has a prior conviction of a State or local offense that would have been an offense as described in the Sex Offender Registration and Notification Act if a circumstance giving rise to federal jurisdiction had existed, the defendant shall participate in a sex offender treatment program approved by the probation officer. The defendant shall abide by all program rules, requirements and conditions of the sex offender treatment program, including submission to polygraph testing, to determine if the defendant is in compliance with the conditions of release. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based on the defendant's ability to pay.

15) The defendant shall submit to an evaluation for substance abuse or dependency treatment as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a program approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. During treatment, the defendant shall abstain from the use of alcohol and any and all intoxicants. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

16) The defendant shall submit to an evaluation for mental health counseling as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a mental health program approved by the probation officer. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

17) The defendant shall participate in a cognitive behavioral treatment program as directed by the probation officer, and if deemed necessary by the probation officer. Such program may include group sessions led by a counselor or participation in a program administered by the probation office. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

18) The defendant shall participate in workforce development programs and services as directed by the probation officer, and if deemed necessary by the probation officer, which include occupational/career development, including but not limited to assessment and testing, education, instruction, training classes, career guidance, job search and retention services until successfully discharged from the program. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

19) If the defendant is excluded, deported, or removed upon release on probation or supervised release, the term of supervision shall be a non-reporting term of probation or supervised release. The defendant shall not illegally reenter the United States. If the defendant lawfully reenters the United States during the term of probation or supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office.

20) If the judgment imposes other criminal monetary penalties, it is a condition of supervision that the defendant pay such penalties in accordance with the Schedule of Payments sheet of the judgment.

21) If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall provide the probation officer access to any requested financial information.

22) If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the payment schedule.

AO 245 B (Rev. 05/04)(W.D.TX.) - Supervised Release

Judgment--Page 6

Defendant: LORENA RODRIGUEZ-PEREZ, Aliases: Lorena Rodriguez; Lorena Perez; (see page 1)
Case Number: SA-13-CR-106(1)FB

The Court further adopts such of the following special conditions applied to the supervised person by the judge at the time of sentencing:

1) **Community Confinement:** The defendant shall reside in a Community Corrections Center for a period of _____ months to commence on _____. Further, once employed, the defendant shall pay 25% of his/her weekly gross income for his/her subsistence as long as that amount does not exceed the daily contract rate.

    **Location Monitoring Program:**

2) *Radio Frequency Monitoring:* The defendant shall participate in the Location Monitoring Program with Radio Frequency Monitoring for a period of _____ days/months. You shall abide by the rules and regulations of the Participant Agreement Form. During this time, you will remain at your place of residence except for employment and other activities approved in advance by your probation officer. You will maintain a telephone at your place of residence without "caller ID," "call forwarding," "call waiting," "call back/call block," a modem or a portable cordless telephone for the above period as directed by the probation officer. You will wear an electronic monitoring device and follow location monitoring procedures specified by your probation officer. You shall pay all or part of the costs of the program based on the ability to pay as directed by the probation officer.

3) *Global Positioning Satellite (GPS):* The defendant shall participate in the Location Monitoring Program for a term not to exceed _____ days/months, which will include remote location monitoring using ____Active ____Passive Global Positioning Satellite (GPS) tracking. You shall abide by the rules and regulations of the Participant Agreement Form. During this time, you will remain at your place of residence except for employment and other activities approved in advance by your probation officer. You will maintain a telephone at your place of residence without "caller ID," "call forwarding," "call waiting," "call back/call block," a modem or a portable cordless telephone for the above period as directed by the probation officer. At the direction of the probation officer, you shall wear a transmitter and be required to carry a tracking device. You shall pay all or part of the costs of the program based on the ability to pay as directed by the probation officer.

4) **Community Service:** The defendant shall perform _____ hours of community service work without pay, at a location approved by the probation officer, at a minimum rate of four hours per week, to be completed during the first _____ months of supervision.

5) **Sex Offender Search & Seizure Condition:** If required to register under the Sex Offender Registration and Notification Act, the defendant shall submit his person, and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects to search at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning a violation of a condition of probation or supervised release or unlawful conduct by the person, and by any probation officer in the lawful discharge of the officer's supervision functions.

18

Defendant: LORENA RODRIGUEZ-PEREZ, Aliases: Lorena Rodriguez; Lorena Perez; (see page 1)
Case Number: SA-13-CR-106(1)FB

## CRIMINAL MONETARY PENALTIES/ SCHEDULE

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth. Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. Criminal Monetary Penalties, except those payments made through Federal Bureau of Prisons' Inmate Financial Responsibility Program shall be paid through the Clerk, United States District Court, 655 E. Cesar E. Chavez Blvd, Room G-65, San Antonio, Texas 78206.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTAL: | $0 | $0 | $0 |

### Special Assessment

Pursuant to 18 U.S.C. § 3573, the Government moves to remit the special assessment. Therefore, the Court does not impose a special assessment.

### Fine

The fine is waived because of the defendant's inability to pay.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column above. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. §3614.

The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f). All payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

CLOSED,FUGITIVE

# U.S. District Court [LIVE]
# Western District of Texas (San Antonio)
# CRIMINAL DOCKET FOR CASE #: 5:13−cr−00106−FB−1

Case title: USA v. Rodriguez−Perez

Magistrate judge case number: 5:13−mj−00048−JWP

Date Filed: 02/06/2013

Assigned to: Judge Fred Biery

**Defendant (1)**

| | |
|---|---|
| **Lorena Rodriguez−Perez** <br> *also known as* <br> Lorena Rodriguez <br> *also known as* <br> Lorena Perez <br> *also known as* <br> Lorena Perez−Rodriguez <br> *also known as* <br> Lorena N. Rodriguez | represented by **Molly Lizbeth Roth** <br> Federal Public Defender's Office <br> 727 E. Cesar E. Chavez Blvd. <br> Room B−207 <br> San Antonio, TX 78206−1205 <br> (210) 472−6700 <br> Fax: 210/472−4454 <br> Email: molly_roth@fd.org <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Public Defender or Community Defender Appointment* <br><br> **Duty Pub. Defender−San Antonio** <br> Federal Public Defender <br> San Antonio Division <br> 727 E. Cesar E. Chavez Blvd. <br> Suite B207 <br> San Antonio, TX 78206 <br> (210) 472−6700 <br> Fax: 210/472−4454 <br> Email: janie_craig@fd.org <br> *TERMINATED: 06/22/2021* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 8:1326B1.F IMMIGRATION, REENTRY OF REMOVED ALIENS (Illegal Re−entry into the United States) <br> (1) | Revocation Sentence (09/07/2021): TIME SERVED and Twenty−Seven (27) of Reimposed Supervised Release. Revocation Sentence (01/17/19): Time Served, 30 months supervised release; Original Sentence: Deft. sentenced to (15) Months; (3) Three Years of Supervised Release; |

1

                                                                  No Fine; Special Assessment Remitted

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 8:1326B1.F – Re–entery of Deported Alien | |

---

**Plaintiff**

**USA**  represented by  **Christina Laura Playton**
United States Attorney's Office
610 NW Loop 410, Suite 600
San Antonio, TX 78216
210–384–7120
Email: christina.playton@usdoj.gov
*TERMINATED: 09/25/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Matthew Lathrop**
United States Attorney's Office
601 NW Loop 410, Suite 600
San Antonio, TX 78216
(210) 384–7128
Fax: (210) 384–7118
Email: matthew.lathrop@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Wannarka**
U. S. Department of Justice – Asst. U.S. Attorney
601 N.W. Loop 410 – Suite 600
San Antonio, TX 78216
210–384–7192
Fax: 210–384–7118
Email: sarah.wannarka@usdoj.gov

*TERMINATED: 08/08/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/16/2013 | | | Arrest of Lorena Rodriguez−Perez (kh2) [5:13−mj−00048−JWP] (Entered: 01/17/2013) |
| 01/16/2013 | 1 | | COMPLAINT Signed by Judge John W. Primomo as to Lorena Rodriguez−Perez. (kh2) [5:13−mj−00048−JWP] (Entered: 01/17/2013) |
| 01/16/2013 | 2 | | MOTION to Detain Defendant without Bond, MOTION to Continue by USA as to Lorena Rodriguez−Perez. (kh2) [5:13−mj−00048−JWP] (Entered: 01/17/2013) |
| 01/16/2013 | 3 | | Minute Entry for proceedings held before Judge John W. Primomo:Initial Appearance as to Lorena Rodriguez−Perez held on 1/16/2013 (Minute entry documents are not available electronically.) (Court Reporter FTR Gold.) (kh2) [5:13−mj−00048−JWP] (Entered: 01/17/2013) |
| 01/16/2013 | 4 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Lorena Rodriguez−Perez. Signed by Judge John W. Primomo. (kh2) [5:13−mj−00048−JWP] (Entered: 01/17/2013) |
| 01/16/2013 | 5 | | ORDER GRANTING 2 Motion to Continue as to Lorena Rodriguez−Perez (1) Detention Hearing set for 1/29/2013 10:30 AM before Judge John W. Primomo, Preliminary Hearing set for 1/29/2013 10:30 AM before Judge John W. Primomo,. Signed by Judge John W. Primomo. (kh2) [5:13−mj−00048−JWP] (Entered: 01/17/2013) |
| 01/17/2013 | 6 | | NOTICE OF ATTORNEY APPEARANCE: Molly Lizbeth Roth appearing for Lorena Rodriguez−Perez (Roth, Molly) [5:13−mj−00048−JWP] (Entered: 01/17/2013) |
| 01/24/2013 | 7 | | Waiver of Preliminary and Detention Hearing by Lorena Rodriguez−Perez (Roth, Molly) [5:13−mj−00048−JWP] (Entered: 01/24/2013) |
| 01/24/2013 | 8 | | ORDER GRANTING 2 Motion to Detain Defendant without Bond. Bond set to NO BOND as to Lorena Rodriguez−Perez (1). Signed by Judge John W. Primomo. (kh2) [5:13−mj−00048−JWP] (Entered: 01/25/2013) |
| 02/06/2013 | 9 | | INDICTMENT(Redacted Version) filed. Unredacted document sealed pursuant to E−Government Act of 2002 as to Lorena Rodriguez−Perez (1) count(s) 1. (wg) (Entered: 02/07/2013) |
| 02/06/2013 | 10 | | NOTICE OF ENHANCED PENALTY by USA as to Lorena Rodriguez−Perez (wg) (Entered: 02/07/2013) |
| 02/06/2013 | 11 | | Personal Data Sheet (Redacted) by USA as to Lorena Rodriguez−Perez (wg) (Entered: 02/07/2013) |
| 02/07/2013 | 12 | | ORDER as to Lorena Rodriguez−Perez,District Court Arraignment set for 2/20/2013 01:30 PM before Judge Henry J. Bemporad. Signed by Judge Henry J. Bemporad. (wg) (Entered: 02/07/2013) |

| 02/20/2013 | 13 | | Minute Entry for proceedings held before Judge Henry J. Bemporad:Arraignment as to Lorena Rodriguez–Perez (1) Count 1. Plea of not guilty entered on 2/20/2013 (Minute entry documents are not available electronically.) (Court Reporter FTR–Gold.) (wg) (Entered: 02/21/2013) |
|---|---|---|---|
| 02/25/2013 | 14 | | General Order Concerning Authentication of Exhibits as to Lorena Rodriguez–Perez. Signed by Chief Judge Fred Biery. (wg) (Entered: 02/25/2013) |
| 02/25/2013 | 15 | | General Order Concerning Discovery & Pre–Trial Motions as to Lorena Rodriguez–Perez. Signed by Chief Judge Fred Biery. (wg) (Entered: 02/25/2013) |
| 02/25/2013 | 16 | | SCHEDULING ORDER as to Lorena Rodriguez–Perez, Plea Agreement due by 3/11/2013, Docket Call & or Rearraignment & Plea set for 3/13/2013 08:30 AM before Chief Judge Fred Biery, Jury Selection & Trial set for 3/18/2013 08:30AM before Chief Judge Fred Biery. Signed by Chief Judge Fred Biery. (wg) (Entered: 02/25/2013) |
| 03/08/2013 | 17 | | Unopposed MOTION to Continue by Lorena Rodriguez–Perez. (Roth, Molly) (Entered: 03/08/2013) |
| 03/11/2013 | 18 | | AMENDED SCHEDULING ORDER as to Lorena Rodriguez–Perez re: Plea Agreement due by 4/15/2013, Docket Call & or Rearraignment & Plea Re–set for 4/17/2013 08:30 AM before Chief Judge Fred Biery, Jury Selection & Trial Re–set for 4/22/2013 08:30AM before Chief Judge Fred Biery. Signed by Chief Judge Fred Biery. (wg) (Entered: 03/11/2013) |
| 03/11/2013 | 19 | | ORDER as to Lorena Rodriguez–Perez re 17 Granting Unopposed MOTION to Continue filed by Lorena Rodriguez–Perez. Signed by Chief Judge Fred Biery. (wg) (Entered: 03/11/2013) |
| 04/11/2013 | 20 | | Unopposed MOTION to Continue by Lorena Rodriguez–Perez. (Roth, Molly) (Entered: 04/11/2013) |
| 04/11/2013 | 21 | | AMENDED SCHEDULING ORDER as to Lorena Rodriguez–Perez re: Plea Agreement due by 5/20/2013, Docket Call & or Rearraignment & Plea Re–set for 5/22/2013 08:30 AM before Chief Judge Fred Biery, Jury Selection & Trial Re–set for 5/28/2013 08:30AM before Chief Judge Fred Biery. Signed by Chief Judge Fred Biery. (wg) (Entered: 04/11/2013) |
| 04/11/2013 | 22 | | ORDER GRANTING as to Lorena Rodriguez–Perez re 20 Unopposed MOTION to Continue filed by Lorena Rodriguez–Perez. Signed by Chief Judge Fred Biery. (wg) (Entered: 04/12/2013) |
| 05/13/2013 | 23 | | ORDER as to Lorena Rodriguez–Perez, Docket Call & or Rearraignment & Plea set for 5/22/2013 10:30 AM before Chief Judge Fred Biery. Signed by Chief Judge Fred Biery. (wg) (Entered: 05/13/2013) |
| 05/21/2013 | 24 | | Unopposed MOTION to Continue by Lorena Rodriguez–Perez. (Roth, Molly) (Entered: 05/21/2013) |
| 05/21/2013 | 25 | | ORDER GRANTING 24 Motion to Continue as to Lorena Rodriguez–Perez (1). Signed by Chief Judge Fred Biery. (wg) (Entered: 05/21/2013) |
| 05/21/2013 | 26 | | |

|            |    |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                |
|------------|----|----|----|
|            |    |    | AMENDED SCHEDULING ORDER as to Lorena Rodriguez−Perez re: Plea Agreement due by 6/10/2013, Docket Call & or Rearraignment & Plea Re−set for 6/12/2013 08:30 AM before Chief Judge Fred Biery, Jury Selection & Trial Re−set for 6/17/2013 08:30AM before Chief Judge Fred Biery. Signed by Chief Judge Fred Biery. (wg) (Entered: 05/21/2013) |
| 06/11/2013 | 27 |    | MOTION to Continue by Lorena Rodriguez−Perez. (Roth, Molly) (Entered: 06/11/2013) |
| 06/12/2013 | 28 |    | Minute Entry for proceedings held before Chief Judge Fred Biery:Motion Hearing as to Lorena Rodriguez−Perez held on 6/12/2013 re 27 MOTION to Continue filed by Lorena Rodriguez−Perez, Court Orally Grants the Motion to Continue Sentencing. (Minute entry documents are not available electronically.) (Court Reporter Chris Poage.) (wg) (Entered: 06/13/2013) |
| 06/21/2013 | 29 |    | AMENDED SCHEDULING ORDER as to Lorena Rodriguez−Perez re: Plea Agreement due by 9/9/2013, Docket Call & or Rearraignment & Plea Re−set for 9/11/2013 08:30 AM before Chief Judge Fred Biery, Jury Selection & Trial Re−set for 9/16/2013 08:30AM before Chief Judge Fred Biery. Signed by Chief Judge Fred Biery. (wg) (Entered: 06/21/2013) |
| 09/09/2013 | 30 |    | Unopposed MOTION to Continue by Lorena Rodriguez−Perez. (Roth, Molly) (Entered: 09/09/2013) |
| 09/10/2013 | 31 |    | AMENDED SCHEDULING ORDER as to Lorena Rodriguez−Perez re Plea Agreement due by 11/12/2013, Docket Call & or Rearraignment & Plea Re−set for 11/13/2013 08:30 AM before Chief Judge Fred Biery, Jury Selection & Trial Re−set for 11/18/2013 08:30AM before Chief Judge Fred Biery. Signed by Chief Judge Fred Biery. (wg) (Entered: 09/10/2013) |
| 11/12/2013 | 32 |    | Unopposed MOTION to Continue by Lorena Rodriguez−Perez. (Roth, Molly) (Entered: 11/12/2013) |
| 11/12/2013 | 33 |    | ORDER GRANTING 32 Motion to Continue as to Lorena Rodriguez−Perez (1). Signed by Chief Judge Fred Biery. (aej) (Entered: 11/12/2013) |
| 11/14/2013 | 34 |    | CORRECTED SCHEDULING ORDER as to Lorena Rodriguez−Perez, ORDER TO CONTINUE – Ends of Justice as to Lorena Rodriguez−Perez, Plea Agreement due by 1/13/2014, Docket Call & or Rearraignment & Plea Re−set for 1/15/2014 08:30 AM before Chief Judge Fred Biery, Jury Selection & Trial Re−set for 1/21/2014 08:30AM before Chief Judge Fred Biery. Signed by Chief Judge Fred Biery. (wg) (Entered: 11/14/2013) |
| 01/15/2014 | 36 |    | Minute Entry for proceedings held before Chief Judge Fred Biery:Rearraignment held on 1/15/2014 ; Defendant Informed of Rights. Plea of guilty entered as to Lorena Rodriguez−Perez (1) Count 1 ;Referred to Probation for Presentence Report (Minute entry documents are not available electronically.), Guilty Plea Accepted by Court as to Lorena Rodriguez−Perez (1) Count 1. (Court Reporter Chris Poage.) (wg) (Entered: 01/23/2014) |
| 01/22/2014 | 35 |    | ORDER as to Lorena Rodriguez−Perez, ( Sentencing set for 3/19/2014 09:30 AM before Chief Judge Fred Biery,). Signed by Chief Judge Fred Biery. (wg) (Entered: 01/22/2014) |
| 03/13/2014 | 37 |    | INITIAL PRESENTENCE REPORT as to Lorena Rodriguez−Perez by Officer Brenda Trejo−Olivarri. Objections to the PSR must be submitted directly to the |

5

| | | | |
|---|---|---|---|
| | | | Probation Department. Instructions for viewing the report/worksheet are available here. (Document is available only to the attorney of record and AUSA for 10 days) (Attachments: 1)(Garcia, M.) (Entered: 03/13/2014) |
| 03/18/2014 | 38 | | ORDER as to Lorena Rodriguez–Perez, ( Sentencing Re–set for 4/16/2014 09:30 AM before Chief Judge Fred Biery,). Signed by Chief Judge Fred Biery. (wg) (Entered: 03/18/2014) |
| 04/03/2014 | 39 | | SEALED PRESENTENCE INVESTIGATION REPORT Filed as to Lorena Rodriguez–Perez by Officer Brenda Trejo–Olivarri. (Document available to court only) (Attachments: 1–2)(Perales, B.) (Entered: 04/03/2014) |
| 04/03/2014 | 40 | | REDISCLOSURE OF THE INITIAL PRESENTENCE REPORT as to Lorena Rodriguez–Perez by Officer Brenda Trejo–Olivarri. Instructions for viewing the report/addendum are available here. (Document is available only to the attorney of record and AUSA for 10 days) (Attachments: # 1 ADD)(Perales, B.) (Entered: 04/03/2014) |
| 04/16/2014 | 41 | | Minute Entry for proceedings held before Chief Judge Fred Biery:Sentencing held on 4/16/2014 for Lorena Rodriguez–Perez (1), Count(s) 1, Deft. sentenced to (15) Months; (3) Three Years of Supervised Release; No Fine; Special Assessment Remitted. (Minute entry documents are not available electronically.) (Court Reporter Chris Poage.) (wg) (Entered: 04/18/2014) |
| 04/29/2014 | 42 | | JUDGMENT AND COMMITMENT as to Lorena Rodriguez–Perez. Signed by Chief Judge Fred Biery. (wg) (Entered: 04/29/2014) |
| 04/29/2014 | 43 | | Sealed Statement of Reasons as to Lorena Rodriguez–Perez (SOR documents are not available electronically.) (wg) (Entered: 04/29/2014) |
| 09/21/2017 | 44 | | Probation Form 12 to revoke supervised release as to Lorena Rodriguez–Perez (1) Count 1 Signed by Judge Fred Biery (mgr) (Entered: 09/22/2017) |
| 09/21/2017 | | | ORDER FOR ISSUANCE OF Probation Warrant found in document 44 as to Lorena Rodriguez–Perez. Signed by Judge Fred Biery. (mgr) (Entered: 09/22/2017) |
| 09/21/2017 | 45 | | Probation Warrant Issued by Judge Fred Biery as to Lorena Rodriguez–Perez. (mgr) (Entered: 09/22/2017) |
| 08/06/2018 | | | Arrest of Lorena Rodriguez–Perez (mgr) (Entered: 08/07/2018) |
| 08/07/2018 | 46 | | Minute Entry for proceedings held before Judge Jeffrey C. Manske:Initial Appearance on Revocation Proceedings as to Lorena Rodriguez–Perez held on 8/7/2018 (Minute entry documents are not available electronically.) (mgr) (Entered: 08/07/2018) |
| 08/07/2018 | 47 | | CJA 23 Financial Affidavit by Lorena Rodriguez–Perez (SEALED pursuant to E–Government Act of 2002). (mgr) (Entered: 08/07/2018) |
| 08/07/2018 | 48 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Lorena Rodriguez–Perez. Signed by Judge Henry J. Bemporad. (mgr) (Entered: 08/07/2018) |
| 08/07/2018 | 49 | | ORDER SETTING PRELIMINARY REVOCATION HEARING as to Lorena Rodriguez–Perez, ( Preliminary Revocation Hearing set for 8/22/2018 9:30 AM before Judge Henry J. Bemporad,). Signed by Judge Henry J. Bemporad. |

| | | | |
|---|---|---|---|
| | | | (mgr) (Entered: 08/07/2018) |
| 08/08/2018 | 50 | | NOTICE OF ATTORNEY APPEARANCE: Molly Lizbeth Roth appearing for Lorena Rodriguez−Perez (Roth, Molly) (Entered: 08/08/2018) |
| 08/15/2018 | 51 | | Waiver of Preliminary Hearing by Lorena Rodriguez−Perez (Roth, Molly) (Entered: 08/15/2018) |
| 08/16/2018 | 57 | | Probation Warrant Returned Executed on 08/06/2018 as to Lorena Rodriguez−Perez. (mgr) (Entered: 12/06/2018) |
| 08/23/2018 | 52 | | ORDER as to Lorena Rodriguez−Perez, ( Final Hearing re Revocation of Supervised Release set for 10/10/2018 10:00 AM before Judge Fred Biery,). Signed by Judge Fred Biery. (wg) (Entered: 08/24/2018) |
| 09/28/2018 | 53 | | ORDER RESETTING FINAL REVOCATION HEARING as to Lorena Rodriguez−Perez, ( Final Hearing re Revocation of Supervised Release reset for 10/10/2018 9:30 AM before Judge Fred Biery,). Signed by Judge Fred Biery. (mgr) (Entered: 09/28/2018) |
| 10/04/2018 | 54 | | REVOCATION DOCUMENTS as to Lorena Rodriguez−Perez by Officer Vivian Friesenhahn. Instructions for viewing the revocation documents are available here. (Document is available only to the attorney of record and AUSA for 14 days. PLEASE PRINT OR SAVE AS SOON AS DOCUMENT IS OPENED.) (Villarreal, Janet) (Entered: 10/04/2018) |
| 10/10/2018 | | | ORAL MOTION to Continue by Lorena Rodriguez−Perez. (mgr) (Entered: 10/16/2018) |
| 10/10/2018 | 55 | | Minute Entry for proceedings held before Judge Fred Biery:Motion Hearing as to Lorena Rodriguez−Perez held on 10/10/2018 re MOTION to Continue filed by Lorena Rodriguez−Perez (Minute entry documents are not available electronically.) (Court Reporter Chris Poage.) (mgr) (Entered: 10/16/2018) |
| 10/10/2018 | | | ORAL ORDER GRANTING [ORAL] Motion to Continue as to Lorena Rodriguez−Perez (1). Signed by Judge Fred Biery. (mgr) (Entered: 10/16/2018) |
| 10/24/2018 | 56 | | ORDER RESETTING FINAL REVOCATION HEARING as to Lorena Rodriguez−Perez, ( Final Hearing re Revocation of Supervised Release set for 12/12/2018 9:30 AM before Judge Fred Biery,). Signed by Judge Fred Biery. (mgr) (Entered: 10/25/2018) |
| 12/12/2018 | 58 | | Minute Entry for proceedings held before Judge Fred Biery:Final Revocation Hearing as to Lorena Rodriguez−Perez not held on 12/12/2018 (Minute entry documents are not available electronically.) (Court Reporter Chris Poage.) (aej) (Entered: 12/14/2018) |
| 12/12/2018 | 59 | | Minute Entry for proceedings held before Judge Fred Biery:Miscellaneous Hearing as to Lorena Rodriguez−Perez held on 12/12/2018. Final revocation hearing was not held and to be reset. (Minute entry documents are not available electronically.) (Court Reporter chris poage.) (rg) (Entered: 12/14/2018) |
| 12/14/2018 | 60 | | ORDER as to Lorena Rodriguez−Perez, ( Final Hearing re Revocation of Supervised Release set for 1/17/2019 9:30 AM before Judge Fred Biery). Signed by Judge Fred Biery. (aej) (Entered: 12/14/2018) |

| 12/14/2018 | 61 | | ORDER as to Lorena Rodriguez–Perez, (Resetting Final Hearing re Revocation of Supervised Release for 1/17/2019 9:30 AM before Judge Fred Biery). Signed by Judge Fred Biery. (rg) (Entered: 12/14/2018) |
|---|---|---|---|
| 01/17/2019 | 62 | | Minute Entry for proceedings held before Judge Fred Biery:Final Revocation Hearing as to Lorena Rodriguez–Perez held on 1/17/2019. The Court finds the defendant has violated terms of supervised release and is sentenced to Time Served, 30 months supervised release. (Minute entry documents are not available electronically.) (Court Reporter Gigi Simcox.) (mgr) (Entered: 01/18/2019) |
| 01/17/2019 | 63 | | ORDER RELEASING DEFENDANT as to Lorena Rodriguez–Perez. Signed by Judge Fred Biery. (mgr) (Entered: 01/18/2019) |
| 01/18/2019 | 64 | | Judgment on Supervised Release as to Lorena Rodriguez–Perez. Signed by Judge Fred Biery. (mgr) (Entered: 01/18/2019) |
| 03/26/2021 | 65 | | Probation Form 12C to revoke probation/supervised release as to Lorena Rodriguez–Perez (1) Count 1 Signed by Judge Fred Biery (wg) (Entered: 03/26/2021) |
| 03/26/2021 | | | ORDER FOR ISSUANCE OF Probation Warrant as to Lorena Rodriguez–Perez. Signed by Judge Fred Biery. (wg) (Entered: 03/26/2021) |
| 03/26/2021 | 66 | | Probation Warrant Issued by Judge Fred Biery as to Lorena Rodriguez–Perez. (wg) (Entered: 03/26/2021) |
| 06/15/2021 | 71 | | Probation Warrant Returned Executed on 06/15/2021 as to Lorena Rodriguez–Perez. (mgr) (Entered: 06/21/2021) |
| 06/16/2021 | | | Arrest of Lorena Rodriguez–Perez (wg) (Entered: 06/16/2021) |
| 06/16/2021 | 67 | | Minute Entry for proceedings held before Judge Elizabeth S. Chestney:Initial Appearance on Revocation Proceedings as to Lorena Rodriguez–Perez held on 6/16/2021 (Minute entry documents are not available electronically.) (mgr) (Entered: 06/21/2021) |
| 06/16/2021 | 68 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Lorena Rodriguez–Perez. Signed by Judge Elizabeth S. Chestney. (mgr) (Entered: 06/21/2021) |
| 06/16/2021 | 69 | | ORDER SETTING VIDEO PRELIMINARY REVOCATION HEARING as to Lorena Rodriguez–Perez, ( Preliminary Revocation Hearing set for 6/30/2021 9:30 AM before Judge Henry J. Bemporad,). Signed by Judge Elizabeth S. Chestney. (mgr) (Entered: 06/21/2021) |
| 06/21/2021 | 70 | | CJA 23 Financial Affidavit by Lorena Rodriguez–Perez (SEALED pursuant to E–Government Act of 2002). (mgr) . (Entered: 06/21/2021) |
| 06/22/2021 | 72 | | NOTICE OF ATTORNEY APPEARANCE: Molly Lizbeth Roth appearing for Lorena Rodriguez–Perez (Roth, Molly) (Entered: 06/22/2021) |
| 06/30/2021 | 73 | | Minute Entry for proceedings held before Judge Henry J. Bemporad:Preliminary Revocation Hearing as to Lorena Rodriguez–Perez held on 6/30/2021 (Minute entry documents are not available electronically.) (Court Reporter FTR–Gold.) (wg) (Entered: 06/30/2021) |

| 07/02/2021 | 74 | | ORDER as to Lorena Rodriguez–Perez, Final Hearing re Revocation of Supervised Release set for 8/3/2021 09:30 AM before Judge Fred Biery. Signed by Judge Fred Biery. bot1 (Entered: 07/02/2021) |
|---|---|---|---|
| 07/24/2021 | 75 | | Unopposed MOTION to Continue *Final Revocation Hearing* by Lorena Rodriguez–Perez. (Roth, Molly) (Entered: 07/24/2021) |
| 07/26/2021 | 76 | | ORDER RESETTING as to Lorena Rodriguez–Perez re 75 Unopposed MOTION to Continue *Final Revocation Hearing* filed by Lorena Rodriguez–Perez, ( Final Hearing re Revocation of Supervised Release Re–set for 9/7/2021 09:30 AM before Judge Fred Biery,). Signed by Judge Fred Biery. (wg) (Entered: 07/26/2021) |
| 08/09/2021 | 77 | | SEALED REVOCATION SENTENCE RECOMMENDATION Filed as to Lorena Rodriguez–Perez by Officer Vivian Friesenhahn. (Document available to court only) (Cortez, Katrina) (Entered: 08/09/2021) |
| 09/07/2021 | 78 | | Minute Entry for proceedings held before Judge Fred Biery:Final Revocation Hearing as to Lorena Rodriguez–Perez held on 9/7/2021. The Court finds the defendant has violated terms of Supervised Release and is sentenced to: TIME SERVED and Twenty–Seven (27) Months of Reimposed Supervised Release. (Minute entry documents are not available electronically.) (Court Reporter Chris Poage.) (bc) (Entered: 09/08/2021) |
| 09/07/2021 | 79 | | ORDER RELEASING DEFENDANT as to Lorena Rodriguez–Perez. Signed by Judge Fred Biery. (bc) (Entered: 09/08/2021) |
| 09/10/2021 | 80 | | Order Revoking Supervised Release and Re–sentencing as to Lorena Rodriguez–Perez, Motions terminated as to Lorena Rodriguez–Perez:. Signed by Judge Fred Biery. (wg) (Entered: 09/10/2021) |
| 10/06/2022 | 81 | | Probation Form 12C to revoke probation/supervised release as to Lorena Rodriguez–Perez (1) Count 1 Signed by Judge Fred Biery (wg) (Entered: 10/07/2022) |
| 10/06/2022 | | | ORDER FOR ISSUANCE OF Probation Warrant as to Lorena Perez–Rodriguez. Signed by Judge Fred Biery. (wg) (Entered: 10/07/2022) |
| 10/07/2022 | 82 | | Probation Warrant Issued by Judge Fred Biery as to Lorena Perez–Rodriguez. (wg) (Entered: 10/07/2022) |
| 10/11/2022 | | | Arrest of Lorena Perez–Rodriguez (wg) (Entered: 10/13/2022) |
| 10/12/2022 | 83 | | Minute Entry for proceedings held before Judge Henry J. Bemporad:Initial Appearance on Revocation Proceedings as to Lorena Perez–Rodriguez held on 10/12/2022 (Minute entry documents are not available electronically.) (Court Reporter FTR–Gold.) (wg) (Entered: 10/13/2022) |
| 10/12/2022 | 84 | | CJA 23 Financial Affidavit by Lorena Perez–Rodriguez (SEALED pursuant to E–Government Act of 2002). (wg) (Entered: 10/13/2022) |
| 10/12/2022 | 85 | | ORDER APPOINTING COUNSEL (FPD Molly Roth) as to Lorena Perez–Rodriguez. Signed by Judge Henry J. Bemporad. (wg) (Entered: 10/13/2022) |
| 10/12/2022 | 86 | | ORDER as to Lorena Perez–Rodriguez, ( Preliminary Revocation Hearing set for 10/26/2022 09:30 AM before Judge U.S. Magistrate Judge,). Signed by |

| | | | |
|---|---|---|---|
| | | | Judge Henry J. Bemporad. (wg) (Entered: 10/13/2022) |
| 10/18/2022 | 87 | | NOTICE OF ATTORNEY APPEARANCE: Molly Lizbeth Roth appearing for Lorena Rodriguez−Perez (Roth, Molly) (Entered: 10/18/2022) |
| 10/26/2022 | 88 | | ORDER RESETTING PRELIMINARY REVOCATION HEARING as to Lorena Rodriguez, ( Preliminary Revocation Hearing Re−set for 10/27/2022 10:00 AM before Judge U.S. Magistrate Judge,). Signed by Judge Richard B. Farrer. (wg) (Entered: 10/26/2022) |
| 10/26/2022 | 89 | | Minute Entry for proceedings held before Judge Richard B. Farrer: Govt. requests probation Officer to be Present at Hearing, Court Orally Grants Cont. & Hearing Reset.Preliminary Revocation Hearing as to Lorena Rodriguez held on 10/26/2022 (Minute entry documents are not available electronically.) (Court Reporter FTR−Gold.) (wg) (Entered: 10/26/2022) |
| 10/27/2022 | 90 | | Minute Entry for proceedings held before Judge Richard B. Farrer: Oral Motion for Release on Bond, Orally DENIED. Preliminary Revocation Hearing as to Lorena Rodriguez held on 10/27/2022 (Minute entry documents are not available electronically.) (Court Reporter FTR−Gold.) (wg) (Entered: 10/27/2022) |
| 10/31/2022 | 91 | | ORDER as to Lorena Rodriguez, Final Hearing re Revocation of Supervised Release set for 11/22/2022 09:00 AM before Judge Fred Biery. Signed by Judge Fred Biery. bot2 (Entered: 10/31/2022) |
| 11/02/2022 | 92 | | Probation Warrant Returned Executed on 10/12/2022 as to Lorena Rodriguez. (wg) (Entered: 11/03/2022) |
| 11/09/2022 | 93 | | SEALED REVOCATION SENTENCE RECOMMENDATION Filed as to Lorena Rodriguez by Officer Joshua Gonzalez. (Document available to court only) (Ibarra, Diane) (Entered: 11/09/2022) |
| 11/21/2022 | 94 | | ORDER RESETTING FINAL REVOCATION HEARING as to Lorena Rodriguez, ( Final Hearing re Revocation of Supervised Release set for 11/29/2022 09:00 AM before Judge Fred Biery,). Signed by Judge Fred Biery. (wg) (Entered: 11/21/2022) |
| 11/29/2022 | 95 | | Minute Entry for proceedings held before Judge Fred Biery: Motion to Revoke S/R held in Abeyance.Final Revocation Hearing as to Lorena Rodriguez held on 11/29/2022 (Minute entry documents are not available electronically.) (Court Reporter Chris Poage.) (wg) (Entered: 11/29/2022) |
| 11/29/2022 | 96 | | ORDER RELEASING DEFENDANT as to Lorena Rodriguez. Signed by Judge Fred Biery. (bot1) (Entered: 11/29/2022) |
| 12/01/2022 | 97 | | ORDER, that the Court that the United States motion to revoke the Defendantssupervised release [doc. #81] is HELD IN ABEYANCE. The term of supervised probation originally imposed on April 16, 2014 is hereby reinstated as to Lorena Rodriguez re 81 Probation Form 12 − REVOKE, 95 Final Revocation Hearing. Signed by Judge Fred Biery. (wg) (Entered: 12/01/2022) |
| 01/30/2023 | 98 | | Amended Probation Form 12C to revoke probation/supervised release Signed by Judge Fred Biery (Deft. in custody SDTX/Laredo) (wg) (Entered: 01/30/2023) |

10

| 02/17/2023 | 101 | | Probation/Supervised Release Jurisdiction Transferred to SDTX/Laredo Division as to Lorena Rodriguez signed by Judge Fred Biery. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (wg) (Entered: 02/17/2023) |